

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00439-CV

**IN RE** Andrew L. **GOSS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: July 26, 2017

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On July 10, 2017, Relator filed a pro se petition for writ of mandamus seeking a mandamus directed against the Texas State Attorney General. By statute, this court has authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). This court does not have jurisdiction to grant the requested relief. Accordingly, Relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015CI02273, styled *Andrew Goss v. Shakia Goss*, pending in the 45th Judicial District Court, Bexar County, Texas.